1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDREW WONG, Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorney for Defendant
   GWENDOLYN W. WILLIAMS
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-po-00036 SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO CLOSE CASE; ORDER |
| vs. | ) Judge: Hon. Stanley A. Boone |
| GWENDOLYN W. WILLIAMS, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Gwendolyn W. Williams, that this case shall be closed.

Gwendolyn W. Williams has paid her citation fine and there is no future court date. Based on this information, all parties request this matter be closed.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: September 8, 2017        */s/ Darin Rock*
                               DARIN ROCK
                               Special Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: September 8, 2017        */s/ Andrew Wong*
                               ANDREW WONG
                               Assistant Federal Defender
                               Attorney for Defendant
                               GWENDOLYN W. WILLIAMS


## O R D E R

**IT IS SO ORDERED.** Defendant Gwendolyn W. Williams' case is ordered closed.

IT IS SO ORDERED.

Dated:  **September 8, 2017**            _____
                                         UNITED STATES MAGISTRATE JUDGE